

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-19-00021-CV

Colleen T. **BRADY**,
Appellant

v.

**COMPASS BANK** d/b/a BBVA Compass,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10192
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's Emergency Motion to Stay Foreclosure Sale is DENIED, without prejudice to appellant taking action to supersede the judgment pursuant to Tex. R. App. P. 24.

It is so ORDERED on February 1, 2019.

PER CURIAM

ATTESTEDTO: _____
KEITH E. HOTTLE,
Clerk of Court